62 A.3d 376

COMMONWEALTH of Pennsylvania, Respondent

v.

Geoffrey M. WILLIAMS, Petitioner.

Supreme Court of Pennsylvania.

March 1, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of March, 2013, the Petition for Allowance of Appeal is **DENIED.** Petitioner's Motion to Stay Consideration of Allocatur for Purpose of Military Deployment is also **DENIED.**